UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN C. CEARLY,

        Plaintiff,

   v.

RONALD HAYNES, et al.,

        Defendant.

Case No. C21-05447-TSZ-SKV

REPORT AND RECOMMENDATION

This is a 42 U.S.C. § 1983 prisoner civil rights action. The Court has not directed service of the amended complaint in this action. On September 13, 2021, the Court declined to serve the original complaint citing various deficiencies and directed Plaintiff to file an amended complaint. Dkt. 7. On October 15, 2021, Plaintiff filed an amended complaint. Dkt. 8. On November 1, 2021, the Court issued an order indicating that it had reviewed Plaintiff's amended complaint but that it appeared that Plaintiff's filing may be incomplete. Dkt. 10. Specifically, the Court noted that the final page of Plaintiff's amended complaint appeared to conclude mid-sentence. *See id*.; Dkt. 8-1, at 2. Accordingly, the Court directed Plaintiff to review the copy of his amended complaint and either: a) file a complete corrected version of the amended complaint, or b) notify the court that the currently filed amended complaint constitutes the entirety of his pleading. Dkt.

REPORT AND RECOMMENDATION - 1

10. Plaintiff filed a response to the Court's order in which he indicated the amended complaint was complete. Dkt. 11.  However, Plaintiff also indicated in his response that he had since identified the names of two Defendants whom he had previously identified as "John Doe #1" and "John Doe # 2" in his amended complaint and requested additional time to serve these new Defendants.  *Id.*

On December 1, 2021, the Court issued an order stating that in order for the Court to properly screen Plaintiff's complaint pursuant to 28 U.S.C. §1915A and direct service against the proper parties, the names of all of the Defendants should be included in the operative complaint. Dkt. 12.  Accordingly, the Court ordered Plaintiff to file a second amended complaint on or before December 30, 2021, including the names of the two newly identified Defendants.  *Id.*  The Court further advised Plaintiff that if he failed to file a second amended complaint or respond to the Court's order by December 30, 2021, the undersigned may recommend dismissal of the action for failure to comply with a court order.  *Id.*  To date, Plaintiff has not filed a response to the Court's order or attempted to file an amended complaint.  Plaintiff has therefore failed to comply with the Court's order and has failed to prosecute this action.  Accordingly, this Court recommends that the case be dismissed without prejudice.  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within

REPORT AND RECOMMENDATION - 2

1 **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will
2 be ready for consideration by the District Judge on **February 18, 2022**.

Dated this 24th day of January, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3