UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN C. CEARLEY,

        Plaintiff,

  v.

RONALD HAYNES, et al.,

        Defendants.

Case No. C21-5447-TSZ-SKV

ORDER DISMISSING
CIVIL RIGHTS ACTION

    Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, docket no. 13, to which no objection was filed, the Court ORDERS:

    (1)    The Report and Recommendation is ADOPTED.

    (2)    Plaintiff's amended complaint, docket no. 8, and this action are DISMISSED without prejudice, for failure to prosecute.

    (3)    The Clerk is directed to send copies of this Order to plaintiff pro se and to Magistrate Judge Vaughan, and to CLOSE this case.

    Dated this 2nd day of March, 2022.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL RIGHTS ACTION - 1